**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)                                                      Case Number **15–23553**

# UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois

## *Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines*

The debtor(s) listed below filed a chapter 13 bankruptcy case on 7/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Stephanie J Bogmenko
aka Stephanie Joan Bogmenko
231 N. Main Street
Lombard, IL 60148

| | |
|---|---|
| Case Number:   15–23553<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–0557 |
| Attorney for Debtor(s) (name and address):<br>Charles L. Magerski<br>Sulaiman Law Group, LTD<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL 60523<br>Telephone number:  (630) 575–8181 | Bankruptcy Trustee (name and address):<br>Glenn B Stearns<br>801 Warrenville Road<br>Suite 650<br>Lisle, IL 60532<br>Telephone number:  630–981–3888 |

## Meeting of Creditors:

Date: **August 11, 2015**                Time: **10:00 AM**

Location: **801 Warrenville Rd, Ste 655, Lisle, IL 60532–3614**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **11/9/15**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)): **1/5/16**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan and Attorney Fees**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation and to consider a request by debtor's counsel for payment of legal fees will be held:

Date: **September 4, 2015**, Time: **10:00 AM**, Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**

**The Disclosure of Compensation has been filed and the debtor's attorney is requesting fees of $ 4000.00**
If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 10/13/15**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number:  1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open:  Monday – Friday 8:30 AM – 4:30 PM | Date:  July 10, 2015 |

**EXPLANATIONS**  B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-23553-DRC
Stephanie J Bogmenko                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ajauregui           Page 1 of 3           Date Rcvd: Jul 10, 2015
                              Form ID: b9i              Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2015.
```
db          +Stephanie J Bogmenko,    231 N. Main Street,    Lombard, IL 60148-1650
tr          +Glenn B Stearns,    801 Warrenville Road,    Suite 650,    Lisle, IL 60532-4350
23475390    +Asset Recovery Solutions LLC,    2200 E. Devon Avenue, Suite 200,    Des Plaines, IL 60018-4501
23475411   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court:   Home Depot,    PO Box 183174,    Columbus, Q   43218)
23475397    +Citibank, N.A.,    399 Park Avenue,    New York, NY 10022-4699
23475398     Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
              Saint Louis, MO 63179-0034
23475401    +Diversified Consultants Inc.,    PO Box 1117,    Charlotte, NC 28201-1117
23475403    +Diversified Consultants, Inc.,    PO Box 1391,    Southgate, MI 48195-0391
23475404     Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23475405    +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23475413    +JCPenney,    1600 Orchard Gateway Boulevard,    North Aurora, IL 60542-6501
23475414    +Kevin W. Mortell, Attorney,    1821 Walden Office Square, Suite 400,    Schaumburg, IL 60173-4273
23475421    +Medical Business Bureau,    1175 Deven Drive, Suite 173,    Morton Shores, MI 49441-6079
23475422    +Medical Business Bureau,    1460 Renaissance D Suite 400,    Park Ridge, IL 60068-1349
23475420    +Medical Business Bureau,    4839 N Elston Avenue,    Chicago, IL 60630-2534
23475433     Sears,    74155 Cass Avenue,    Darien, IL 60561
23475435    +Seterus Inc,    8501 IBM Drive, Building 201, 2dd188,    Charlotte, NC 28262-4333
23475434    +Seterus Inc,    14523 Sw Millikan Way Street,    Beaverton, OR 97005-2352
23475436     Seterus, Inc.,    PO Box 54420,    Los Angeles, CA 90054-0420
23475442    +The Bureau's Inc.,    650 Dundee Road, Suite 370,    Northbrook, IL 60062-2757
23475444    +The Shindler Law Firm,    1990 E. Algonquin Road,    Suite 180,    Schaumburg, IL 60173-4164
23475446     Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
23475447     University Pathologist,    5820 Southwyck Boulevard,    Toledo, OH 43614
23475448    +University Pathologists,    1653 W Congress Parkway,    Chicago, IL 60612-3833
23475450    +Verizon,    500 Technology Drive,    Ste 550,    Weldon Spring, MO 63304-2225
23475453    +Walmart,    Asset Protection Recovery,    PO Box 101928, Dept 4295,    Birmingham, AL 35210-6928
23475454    +Walmart Stores Inc,    702 SW 8th Street,    6487,    Bentonville, AR 72716-6209
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: Cmagerski@sulaimanlaw.com Jul 11 2015 00:47:43     Charles L. Magerski,
              Sulaiman Law Group, LTD,    900 Jorie Boulevard,    Suite 150,    Oak Brook, IL  60523
ust         +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jul 11 2015 00:48:46      Patrick S Layng,
              Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
              Chicago, IL 60604-2027
23475388    +EDI: AMEREXPR.COM Jul 11 2015 00:18:00      American Express,    Box 0001,
              Los Angeles, CA 90096-8000
23475387    +EDI: BECKLEE.COM Jul 11 2015 00:18:00      American Express,    Po Box 3001,
              16 General Warren Boulevard,    Malvern, PA 19355-1245
23475389    +EDI: BECKLEE.COM Jul 11 2015 00:18:00      American Express *,    c/o Becket & Lee,
              P.O. Box 3001,    Malvern, PA 19355-0701
23475391    +E-mail/Text: bankruptcy@cavps.com Jul 11 2015 00:49:28      Calvary Portfolio Services,
              Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
23475392    +EDI: AIS.COM Jul 11 2015 00:18:00      Capital One, N.A. *,    c/o American Infosource,
              P.O Box 54529,    Oklahoma City, OK 73154-1529
23475393    +EDI: CAPITALONE.COM Jul 11 2015 00:18:00      Capital One, N.A.*,    1680 Capital One Drive,
              Mc Lean, VA 22102-3407
23475394    +E-mail/Text: bankruptcy@cavps.com Jul 11 2015 00:49:28      Cavalry Portfolio Services,
              500 Summit Lake Drive,    Valhalla, NY 10595-2322
23475395    +E-mail/Text: bankruptcy@cavps.com Jul 11 2015 00:49:28      Cavalry SPV I, LLC,
              500 Summit Lake Drive Suite 400,    Valhalla, NY 10595-1340
23475396    +EDI: CHASE.COM Jul 11 2015 00:18:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23475400    +E-mail/Text: group_legal@creditunion1.org Jul 11 2015 00:50:18     Credit Union 1,
              4749 Lincoln Mall Drive,    Matteson, IL 60443-3806
23475399    +E-mail/Text: group_legal@creditunion1.org Jul 11 2015 00:50:18     Credit Union 1,
              Attn:Bankruptcy/Member Services,    200 E Champaign Avenue,    Rantoul, IL 61866-2940
23475402    +EDI: DCI.COM Jul 11 2015 00:18:00      Diversified Consultants, Inc.,    PO Box 551268,
              Jacksonville, FL 32255-1268
23475402    +E-mail/Text: bankruptcynotices@dcicollect.com Jul 11 2015 00:49:48
              Diversified Consultants, Inc.,    PO Box 551268,    Jacksonville, FL 32255-1268
23475406    +EDI: RMSC.COM Jul 11 2015 00:18:00      GE / Amazon,    Attn: Bankruptcy,    Po Box 103104,
              Roswell, GA 30076-9104
23475407    +EDI: RMSC.COM Jul 11 2015 00:18:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
              Fifth Floor,    Stamford, CT 06905-5125
23475408    +EDI: RMSC.COM Jul 11 2015 00:18:00      GE Money Bank Care Card,    Po Box 960061,
              Orlando, FL 32896-0061
23475412    +EDI: RMSC.COM Jul 11 2015 00:18:00      JCPenney,    6501 Legacy Drive,    Plano, TX 75024-3698
23475415    +EDI: CBSKOHLS.COM Jul 11 2015 00:18:00      Kohl's,    PO Box 2983,    Milwaukee, WI 53201-2983
23475416    +EDI: CBSKOHLS.COM Jul 11 2015 00:18:00      Kohls,    N56 W 17000 Ridgewood Drive,
              Menomonee Falls, WI 53051-7096
23475417    +EDI: TSYS2.COM Jul 11 2015 00:18:00      Macy's,    Po Box 183083,    Columbus, OH 43218-3083
23475418     EDI: TSYS2.COM Jul 11 2015 00:18:00      Macy's Inc.,    911 Duke Boulevard,    Mason, OH 45040
23475419    +EDI: TSYS2.COM Jul 11 2015 00:18:00      Macys,    9111 Duke Boulevard,    Mason, OH 45040-8999
```

```
District/off: 0752-1          User: ajauregui            Page 2 of 3           Date Rcvd: Jul 10, 2015
                              Form ID: b9i               Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23475423       +EDI: RMSC.COM Jul 11 2015 00:18:00      Menard, Inc,    4777 Menard Drive,
                 Eau Claire, WI 54703-9604
23475425       +EDI: MID8.COM Jul 11 2015 00:18:00      Midland Credit Management, Inc.,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
23475424       +EDI: MID8.COM Jul 11 2015 00:18:00      Midland Credit Management, Inc.,    8875 Aero Drive,
                 San Diego, CA 92123-2255
23475426       +EDI: MID8.COM Jul 11 2015 00:18:00      Midland Funding,    8875 Aero Drive, Suite 200,
                 San Diego, CA 92123-2255
23475428        EDI: PRA.COM Jul 11 2015 00:18:00      Portfolio Recovery Associates,
                 120 Corporate Boulevard, Suite 1,    Norfolk, VA 23502
23475429        EDI: PRA.COM Jul 11 2015 00:18:00      Portfolio Recovery Associates,    Po box 12914,
                 Norfolk, VA 23541
23475430        EDI: PRA.COM Jul 11 2015 00:18:00      Portfolio Recovery Associates LLC,    PO Box 41067,
                 Norfolk, VA 23541
23475431       +EDI: PRA.COM Jul 11 2015 00:18:00      Portfolio Recovery Associates, Inc,
                 120 Corporate Boulevard,    Norfolk, VA 23502-4962
23475432       +EDI: SEARS.COM Jul 11 2015 00:18:00      Sears,    Po Box 182149,    Columbus, OH 43218-2149
23475445        EDI: TFSR.COM Jul 11 2015 00:18:00      Toyota Motor Credit,    Toyota Financial Services,
                 Po Box 8026,   Cedar Rapids, IA 52408
23475437       +EDI: WTRRNBANK.COM Jul 11 2015 00:18:00      Target,    1000 Nicollet Mall,
                 Minneapolis, MN 55403-2542
23475438       +EDI: WTRRNBANK.COM Jul 11 2015 00:18:00      Target Credit Card (TC),    P.O. Box 9475,
                 Minneapolis, MN 55440-9475
23475439       +EDI: WTRRNBANK.COM Jul 11 2015 00:18:00      Target National Bank,    3701 Wayzata Boulevard,
                 MS-3CG,    Minneapolis, MN 55416-3401
23475440       +EDI: WTRRNBANK.COM Jul 11 2015 00:18:00      Target Red Card,    PO Box 660170,
                 Dallas, TX 75266-0170
23475441       +EDI: WTRRNBANK.COM Jul 11 2015 00:18:00      Td Bank USA,    Po Box 673,
                 Minneapolis, MN 55440-0673
23475449       +EDI: USCELLULAR.COM Jul 11 2015 00:18:00      US Cellular,    DEPT. 0203,
                 Palatine, IL 60055-0001
23475451       +EDI: AFNIVZWIRE.COM Jul 11 2015 00:18:00      Verizon Communications, Inc,    1515 Woodfield Road,
                 Schaumburg, IL 60173-6046
23475452       +EDI: AFNIVZWIRE.COM Jul 11 2015 00:18:00      Verizon Wireless,    1 Verizon Place,
                 Alpharetta, GA 30004-8510
23475455       +EDI: WFNNB.COM Jul 11 2015 00:18:00      World Finacial Network Bank,    PO Box 182273,
                 Columbus, OH 43218-2273
23475456       +EDI: WFNNB.COM Jul 11 2015 00:18:00      World Finacial Network National Bank,    BK Department,
                 P.O. Box 182125,    Columbus, OH 43218-2125
23475457       +EDI: WFNNB.COM Jul 11 2015 00:18:00      World Financial Network National Bank,    PO Box 182782,
                 Columbus, OH 43218-2782
                                                                                              TOTAL: 45

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23475410*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,     PO Box 6029,    The Lakes, NV 88901)
23475409*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Home Depot,     Po Box 688966,    Des Moines, IA 50368-8966)
23475427*      +Midland Funding,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
23475443       ##+The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central Street,
                 Evanston, IL 60201-1507
                                                                                               TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2015                                    Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: ajauregui              Page 3 of 3            Date Rcvd: Jul 10, 2015
                              Form ID: b9i                 Total Noticed: 71
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2015 at the address(es) listed below:
              Charles L. Magerski    on behalf of Debtor Stephanie J Bogmenko Cmagerski@sulaimanlaw.com,
               courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
               m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
              Glenn B Stearns    mcguckin_m@lisle13.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 3
```